UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff, ORDER

v. Criminal No. 01-35(1)(ADM/AJB)

JASON RAUNER,

Defendant.

---

Before the Court is the Motion of the United States pursuant to Rule 35(b) in the above-titled matter. The Court has reviewed this motion and attachment and has determined that a reduction in defendant's sentence is appropriate. IT IS HEREBY ORDERED THAT:

1. Defendant's sentence is reduced from the original sentence of 108 months incarceration to 96 months incarceration, a reduction of one year.

2. The Clerk of Court is directed to distribute this order to all the parties who received the original Judgement and Probation Commitment Order.

Dated: September 14, 2005

s/Ann D. Montgomery

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT